## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF MICHIGAN

In re STAMP FARMS, L.L.C., *et al.*,

Case No. 12-10410
Reporting Period:
March 1 - March 31, 2013

### MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements | | X | | |
| Cash disbursements journals | | X | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | X | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
| Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

O'Keefe & Associates Consulting, LLC, CRO for
Stamp Farms, LLC, et al

By:  Russell D. Long, Managing Director
      O'Keefe & Associates Consulting, LLC

Date  4/30/13

MOR
(04/07)

In re STAMP FARMS, L.L.C., *et al.,*  
        Debtor

Case No. 12-10410  
Reporting Period: March 2013

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS (SEE ATTACHED)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1) . Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | | | | | $ 5,421,135.08 | | $ 251,419.89 | |
| | | | | | | | | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | $ 4,326.18 | | $ 569,002.28 | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | | | | | $ 157,973.00 | | $ 19,358,991.82 | |
| OTHER (ATTACH LIST) | | | | | $ 725.76 | | $ 64,484.88 | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| | | | | | | | | |
| TOTAL RECEIPTS | | | | | $ 163,024.94 | | $ 19,992,478.98 | |
| | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | $ 16,739.82 | | $ 199,094.63 | |
| PAYROLL TAXES | | | | | $ 8,830.57 | | $ 69,190.55 | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | $ 3,000.00 | |
| INSURANCE | | | | | $ 1,945.62 | | $ 113,904.26 | |
| ADMINISTRATIVE | | | | | $ 1,237.75 | | $ 32,102.78 | |
| FUEL | | | | | | | $ 45,525.20 | |
| CONTRACT SERVICES | | | | | $ 3,963.42 | | $ 78,799.72 | |
| UTILITIES | | | | | $ 8,203.29 | | $ 39,024.55 | |
| OTHER | | | | | | | | |
| PAYMENTS FROM SALE PROCEEDS | | | | | $ 2,138,726.27 | | $ 16,257,443.90 | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES 4Q 2012 | | | | | $ 1,626.34 | | $ 2,926.34 | |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | | | | | $ 2,181,273.08 | | $ 16,841,011.93 | |
| | | | | | | | | |
| NET CASH FLOW | | | | | $ (2,018,248.14) | | $ 3,151,467.05 | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| | | | | | | | | |
| CASH - END OF MONTH | | | | | $ 3,402,886.94 | | $ 3,402,886.94 | |

\* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)**

| | |
| --- | --- |
| TOTAL DISBURSEMENTS | $ 2,181,273.08 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | $ |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $ 2,181,273.08 |

FORM MOR-1  
(04/07)

**In re STAMP FARMS, L.L.C., et al.**  **Cash Receipts and Disbursements**  **Case No. 12-10410**
**related to Bulk Sale**  **Reporting Period: March 2013**

**Receipts and Disbursements from February 22, 2013 Bulk Sale**

|  | | |
|---|---|---|
| **Balance - February 28, 2013** | | **$5,082,301.19** |
| **Receipts** | | |
| Partial Release of Deposit | | 157,973.00 |
| **Total Receipts** | | **157,973.00** |
| | | |
| **Disbursements:** | | |
| John Deere | | (1,587,078.00) |
| AGCO Finance | | (519,750.00) |
| Farm Credit Leasing | | (21,631.50) |
| Industrial Leasing LLC | | (4,387.77) |
| Equipment Sold (5/3 Bank) | | (3,594.00) |
| Equipment Sold (Brian Cerven) | | (2,285.00) |
| **Total Disbursements** | | **(2,138,726.27)** |
| | | |
| **Balance - March 31, 2013** | **$** | **3,101,547.92** |

**In re STAMP FARMS, L.L.C., et al.** **Schedule of Cash** **Case No. 12-10410**
**Receipts and Disbursements** **Reporting Period: March 2013**

| | Amount | |
|---|---:|---:|
| **Receipts** | | |
| **Accounts Receivable Collections** | | |
| Moonrise/Red Arrow Dairy | 110.00 | |
| Great Lakes Pork - Utilities | 886.18 | |
| Moonrise/Red Arrow Dairy | 330.00 | |
| Dykema Gossett | 3,000.00 | 4,326.18 |
| **Sale Proceeds** | | |
| Release of Retention | | 157,973.00 |
| **Other** | | |
| Indiana Michigan Power Refund on Account | 205.92 | |
| Refund COBRA Payments for Brian Bleeker | $ 368.54 | |
| Refund AEP | $ 151.30 | $ 725.76 |
| **Total Receipts** | | $ **163,024.94** |
| **Disbursements** | | |
| **Payroll** | | $ (16,739.82) |
| **Payroll Taxes** | | $ (8,830.57) |
| **Rent** | | |
| **Health Insurance** | | $ (1,945.62) |
| **Insurance** | | |
| **Administrative** | | |
| Bank Service Fees | $ (471.95) | |
| License & Permit | $ - | |
| Office Supplies | $ - | |
| Repairs | $ - | |
| Security | $ (480.00) | |
| Uniforms | $ (285.80) | $ (1,237.75) |
| **Fuel** | | $ - |
| **Contract Services** | | $ (3,963.42) |
| **Professional Fees** | | $ - |
| **Utilities** | | $ (8,203.29) |
| **Disbursements from Sale** | | |
| PMSI Secured Creditors | $ (2,132,847.27) | |
| To Owners for Non-Debtor Owned Equipment Sold | $ (5,879.00) | $ (2,138,726.27) |
| **U.S. Trustee Quarterly Fees 4Q 2012** | | $ (1,626.34) |
| **Total Disbursements** | | $ **(2,181,273.08)** |
| **Net Receipts** | | $ **(2,018,248.14)** |

In re STAMP FARMS, L.L.C., et al.

**Schedule of Cash**
**Receipts and Disbursements**

Case No. 12-10410
Reporting Period: March 2013

| Type | Date | Num | Name | Clr | Amount | | Notes |
|---|---|---|---|---|---|---|---|
| **Receipts** | | | | | | | |
| **Accounts Receivable Collections** | | | | | | | |
| Deposit | 03/04/2013 | | | √ | 110.00 | SF WF DIP Deposit | Moonrise/Red Arrow Dairy |
| Deposit | 03/08/2013 | | | √ | 886.18 | SF WF DIP Deposit | Great Lakes Pork - Utilities |
| Deposit | 03/11/2013 | | | √ | 330.00 | SF WF DIP Deposit | Moonrise/Red Arrow Dairy |
| Deposit | 03/25/2013 | | | √ | 3,000.00 | SF WF DIP Deposit | Payment from Dykema Gossett |
| | | | | | 4,326.18 | | |
| **Sale Proceeds** | | | | | | | |
| General Journal | 03/07/2013 | 1366 | | √ | 157,973.00 | SF WF DIP Trans | Release of Retention |
| | | | | | 157,973.00 | | |
| **Other** | | | | | | | |
| Deposit | 03/19/2013 | | | √ | 369.54 | SF WF DIP Deposit | Refund COBRA Payments for Brian Bleeker |
| Deposit | 03/21/2013 | | | √ | 151.30 | SF WF DIP Deposit | Refund AEP |
| Deposit | 03/28/2013 | | | √ | 205.92 | SF WF DIP Deposit | Indiana Michigan Power refunds on accounts |
| | | | | | 726.76 | | |
| **Total Receipts** | | | | | $ 163,024.94 | | |
| **Disbursements** | | | | | | | |
| **Payroll** | | | | | | | |
| Paycheck | 03/01/2013 | 9580 | Swift, Kenneth | √ | -2,555.53 | SFT Edge | Payroll |
| Paycheck | 03/01/2013 | 9582 | Trowbridge, Andrew P | √ | -2,490.76 | SFT Edge | Payroll |
| Paycheck | 03/01/2013 | 9567 | Becraft, James | √ | -1,431.31 | SFT Edge | Payroll |
| Paycheck | 03/01/2013 | 9581 | Trowbridge Jr., Robert D | √ | -1,020.22 | SFT Edge | Payroll |
| Paycheck | 03/01/2013 | 9573 | Hall, Andrew A | √ | -1,006.20 | SFT Edge | Payroll |
| Paycheck | 03/01/2013 | 9572 | Gardner, Curtis A | √ | -899.07 | SFT Edge | Payroll |
| Paycheck | 03/01/2013 | 9568 | Bonczynski, Michael P | √ | -896.31 | SFT Edge | Payroll |
| Paycheck | 03/01/2013 | 9569 | Broughton, Sidney D | √ | -887.67 | SFT Edge | Payroll |
| Paycheck | 03/01/2013 | 9570 | Carlock, Michael J | √ | -801.13 | SFT Edge | Payroll |
| Paycheck | 03/01/2013 | 9578 | Schultz, Randy | √ | -708.69 | SFT Edge | Payroll |
| Paycheck | 03/01/2013 | 9574 | Leighton, Michael | √ | -707.70 | SFT Edge | Payroll |
| Paycheck | 03/01/2013 | 9577 | Sarnatore, Emilie G | √ | -700.44 | SFT Edge | Payroll |
| Paycheck | 03/01/2013 | 9571 | Elder, Kerry L | √ | -675.06 | SFT Edge | Payroll |
| Paycheck | 03/01/2013 | 9575 | Miller, Franklin T | √ | -667.22 | SFT Edge | Payroll |
| Paycheck | 03/01/2013 | 9579 | Stambeck, Larry | √ | -646.90 | SFT Edge | Payroll |
| Paycheck | 03/01/2013 | 9576 | Morales, Gilberto | √ | -645.61 | SFT Edge | Payroll |
| | | | | | -16,739.82 | | |
| **Payroll Taxes** | | | | | | | |
| Liability Check | 03/01/2013 | EFTPS | United States Treasury (2) | √ | -6,508.58 | SFT Edge | Payroll Taxes |
| Bill Pmt -Check | 03/19/2013 | 2829 | State of Michigan - Dept of Treasury | | -2,321.99 | SF WF DIP Oper | Payroll Taxes |
| | | | | | -8,830.57 | | |
| **Health Insurance** | | | | | | | |
| Check | 03/26/2013 | 2830 | Blue Care Network | | -1,105.62 | SF WF DIP Oper | Health Insurance |
| Bill Pmt -Check | 03/26/2013 | 2831 | Infinisource | | -840.00 | SF WF DIP Oper | Health Insurance |
| | | | | | -1,945.62 | | |
| **Administrative** | | | | | | | |
| **Bank Fees** | | | | | | | |
| Check | 03/11/2013 | | Wells Fargo | √ | -471.95 | SF WF DIP Oper | Bank Fee |
| | | | | | -471.95 | | |
| **Security** | | | | | | | |
| Bill Pmt -Check | 03/04/2013 | WIRE | DK Security | √ | -480.00 | SF WF DIP Oper | Security |
| | | | | | -480.00 | | |
| **Uniforms** | | | | | | | |
| Liability Check | 03/04/2013 | 9583 | West Michigan Uniform | √ | -155.80 | SFT Edge | Uniforms |
| Check | 03/08/2013 | 9584 | West Michigan Uniform | √ | -130.00 | SFT Edge | Uniforms |
| | | | | | -285.80 | | |
| **Contractor Services** | | | | | | | |
| Bill Pmt -Check | 03/12/2013 | 2820 | Jayne Frabe | √ | -28.20 | SF WF DIP Oper | Contractor Services |
| Bill Pmt -Check | 03/13/2013 | 2821 | K8-Inc. | √ | -41.25 | SF WF DIP Oper | Contractor Services |
| Check | 03/15/2013 | WIRE | Ken Swift | √ | -875.00 | SF WF DIP Oper | Contractor Services |
| Bill Pmt -Check | 03/22/2013 | 2825 | K8-Inc. | √ | -372.91 | SF WF DIP Oper | Contractor Services |
| Check | 03/22/2013 | WIRE | Ken Swift | √ | -1,137.50 | SF WF DIP Oper | Contractor Services |
| Bill Pmt -Check | 03/24/2013 | WIRE | K8-Inc. | √ | -662.50 | SF WF DIP Oper | Contractor Services |
| Check | 03/27/2013 | WIRE | Ken Swift | √ | -542.50 | SF WF DIP Oper | Contractor Services |
| Bill Pmt -Check | 03/28/2013 | WIRE | K8-Inc. | √ | -283.56 | SF WF DIP Oper | Contractor Services |
| | | | | | -3,903.42 | | |
| **Utilities** | | | | | | | |
| Bill Pmt -Check | 03/12/2013 | 2818 | Consumers Energy | √ | -4,182.01 | SF WF DIP Oper | Utilities |
| Bill Pmt -Check | 03/12/2013 | 2817 | Indiana Michigan Power | √ | -2,123.95 | SF WF DIP Oper | Utilities |
| Bill Pmt -Check | 03/12/2013 | 2819 | Midwest Energy | √ | -78.02 | SF WF DIP Oper | Utilities |
| Bill Pmt -Check | 03/13/2013 | 2822 | Midwest Energy | √ | -905.00 | SF WF DIP Oper | Utilities |
| Bill Pmt -Check | 03/13/2013 | 2824 | Indiana Michigan Power | √ | -748.00 | SF WF DIP Oper | Utilities |
| Bill Pmt -Check | 03/13/2013 | 2823 | Consumers Energy | √ | -22.24 | SF WF DIP Oper | Utilities |
| Bill Pmt -Check | 03/26/2013 | 2832 | Midwest Energy | √ | -144.07 | SF WF DIP Oper | Utilities |
| | | | | | -8,203.29 | | |
| **U.S. Trustee Fees** | | | | | | | |
| Bill Pmt -Check | 03/18/2013 | 2827 | U.S. Trustee | | -650.53 | SF WF DIP Oper | U.S. Trustee Fees |
| Bill Pmt -Check | 03/18/2013 | 2826 | U.S. Trustee | | -650.53 | SF WF DIP Oper | U.S. Trustee Fees |
| Bill Pmt -Check | 03/18/2013 | 2828 | U.S. Trustee | | -325.28 | SF WF DIP Oper | U.S. Trustee Fees |
| | | | | | -1,626.34 | | |
| **Disbursements from Sale** | | | | | | | |
| **Payoff of Liabilities Related to Sale** | | | | | | | |
| General Journal | 03/28/2013 | 1369 | | √ | -1,587,078.00 | SF WF DIP Trans | Pmt to John Deere |
| General Journal | 03/14/2013 | 1367 | | √ | -519,750.00 | SF WF DIP Trans | Payment to AGCO |
| General Journal | 03/14/2013 | 1368 | | √ | -21,631.50 | SF WF DIP Trans | Payment to Farm Credit |
| | | | | | -2,128,459.50 | | |
| **Lease Payoff Related to Sale** | | | | | | | |
| Check | 03/22/2013 | WIRE | Industrial Leasing, LLC | √ | -4,387.77 | SF WF DIP Trans | Payoff Lease Expense |
| | | | | | -4,387.77 | | |
| **Payoff for Non-Owned Equipment Sold** | | | | | | | |
| Check | 03/22/2013 | WIRE | 5/3 Bank | √ | -3,594.00 | SF WF DIP Trans | Payoff for Equipment Sold |
| Check | 03/22/2013 | WIRE | Brian Cerven | √ | -2,285.00 | SF WF DIP Trans | Payoff for Equipment Sold |
| | | | | | -5,879.00 | | |
| | | | | | -2,138,726.27 | | |
| **Total Disbursements** | | | | | -2,181,273.08 | | |
| **Net Receipts** | | | | | -2,018,248.14 | | |

In re STAMP FARMS, L.L.C., *et al.*,
      Debtor

Case No. 12-10410
Reporting Period: March 2013

### BANK RECONCILIATIONS (SEE ATTACHED)
Continuation Sheet for MOR-1

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
| | # | | # | | # | | # | |
| **BALANCE PER BOOKS** | | | | | | | | |
| BANK BALANCE | | | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | | |
| OTHER  (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal | | | | | | | | |
| balance per books | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **OTHER** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

11:13 AM

04/15/13

### Stamp Farms, LLC.
### Reconciliation Summary
#### Wells Fargo - DIP Deposit Acct, Period Ending 03/31/2013

|  | Mar 31, 13 |
|---|---|
| Beginning Balance | 19,239.24 |
| Cleared Transactions |  |
| Deposits and Credits - 7 items | 5,051.94 |
| Total Cleared Transactions | 5,051.94 |
| Cleared Balance | 24,291.18 |
| Register Balance as of 03/31/2013 | 24,291.18 |
| New Transactions |  |
| Deposits and Credits - 1 item | 152.36 |
| Total New Transactions | 152.36 |
| Ending Balance | 24,443.54 |

11:13 AM

04/15/13

# Stamp Farms, LLC.
## Reconciliation Detail
### Wells Fargo - DIP Deposit Acct, Period Ending 03/31/2013

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 19,239.24 |
| **Cleared Transactions** | | | | | | |
| **Deposits and Credits - 7 items** | | | | | | |
| Deposit | 3/4/2013 | | | X | 110.00 | 110.00 |
| Deposit | 3/8/2013 | | | X | 886.18 | 996.18 |
| Deposit | 3/11/2013 | | | X | 330.00 | 1,326.18 |
| Deposit | 3/19/2013 | | | X | 368.54 | 1,694.72 |
| Deposit | 3/21/2013 | | | X | 151.30 | 1,846.02 |
| Deposit | 3/25/2013 | | | X | 3,000.00 | 4,846.02 |
| Deposit | 3/28/2013 | | | X | 205.92 | 5,051.94 |
| Total Deposits and Credits | | | | | 5,051.94 | 5,051.94 |
| Total Cleared Transactions | | | | | 5,051.94 | 5,051.94 |
| **Cleared Balance** | | | | | 5,051.94 | 24,291.18 |
| Register Balance as of 03/31/2013 | | | | | 5,051.94 | 24,291.18 |
| **New Transactions** | | | | | | |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 4/10/2013 | | | | 152.36 | 152.36 |
| Total Deposits and Credits | | | | | 152.36 | 152.36 |
| Total New Transactions | | | | | 152.36 | 152.36 |
| **Ending Balance** | | | | | 5,204.30 | 24,443.54 |

# WellsOne® Account

Account number: **4123526444**  ■  March 1, 2013 - March 31, 2013  ■  Page 1 of 1



---

| Questions? |
| --- |
| Call your Customer Service Officer or Client Services |
| **1-800-AT WELLS** (1-800-289-3557) |
| 5:00 AM TO 6:00 PM Pacific Time Monday - Friday |

STAMP FARMS LLC
COLLATERAL ACCOUNT FOR WELLS FARGO BANK
DEBOR IN POSSESSION
201 S GEORGE ST
DECATUR MI 49045-1212

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (182)
          PO Box 63020
          San Francisco, CA  94163

---

## Account summary

### WellsOne® Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
| --- | --- | --- | --- | --- |
| 4123526444 | $19,239.24 | $5,051.94 | $0.00 | $24,291.18 |

### Credits

#### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
| --- | --- | --- | --- |
| | 03/04 | 110.00 | Desktop Check Deposit |
| | 03/08 | 886.18 | Desktop Check Deposit |
| | 03/11 | 330.00 | Desktop Check Deposit |
| | 03/19 | 368.54 | Desktop Check Deposit |
| | 03/21 | 151.30 | Desktop Check Deposit |
| | 03/25 | 3,000.00 | Desktop Check Deposit |
| | 03/28 | 205.92 | Desktop Check Deposit |
| | | **$5,051.94** | **Total electronic deposits/bank credits** |
| | | **$5,051.94** | **Total credits** |

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
| --- | --- | --- | --- | --- | --- |
| 02/28 | 19,239.24 | 03/11 | 20,565.42 | 03/25 | 24,085.26 |
| 03/04 | 19,349.24 | 03/19 | 20,933.96 | 03/28 | 24,291.18 |
| 03/08 | 20,235.42 | 03/21 | 21,085.26 | | |
| | Average daily ledger balance | **$21,160.44** | | | |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

11:10 AM
04/15/13

## Stamp Farms, LLC.
# Reconciliation Summary
### Wells Fargo - DIP Transaction, Period Ending 03/31/2013

|  | Mar 31, 13 |
|---|---|
| Beginning Balance | 5,082,301.19 |
| **Cleared Transactions** | |
| Checks and Payments - 6 items | -2,138,726.27 |
| Deposits and Credits - 1 item | 157,973.00 |
| **Total Cleared Transactions** | -1,980,753.27 |
| **Cleared Balance** | 3,101,547.92 |
| Register Balance as of 03/31/2013 | 3,101,547.92 |
| **New Transactions** | |
| Deposits and Credits - 1 item | 833,030.00 |
| **Total New Transactions** | 833,030.00 |
| **Ending Balance** | 3,934,577.92 |

11:10 AM

04/15/13

# Stamp Farms, LLC.
## Reconciliation Detail
### Wells Fargo - DIP Transaction, Period Ending 03/31/2013

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 5,082,301.19 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 6 items** | | | | | | |
| General Journal | 3/14/2013 | 1367 | | X | -519,750.00 | -519,750.00 |
| General Journal | 3/14/2013 | 1368 | | X | -21,631.50 | -541,381.50 |
| Check | 3/22/2013 | WIRE | Industrial Leasing, ... | X | -4,387.77 | -545,769.27 |
| Check | 3/22/2013 | WIRE | 5/3 Bank | X | -3,594.00 | -549,363.27 |
| Check | 3/22/2013 | WIRE | Brian Cerven | X | -2,285.00 | -551,648.27 |
| General Journal | 3/28/2013 | 1369 | | X | -1,587,078.00 | -2,138,726.27 |
| Total Checks and Payments | | | | | -2,138,726.27 | -2,138,726.27 |
| **Deposits and Credits - 1 item** | | | | | | |
| General Journal | 3/7/2013 | 1366 | | X | 157,973.00 | 157,973.00 |
| Total Deposits and Credits | | | | | 157,973.00 | 157,973.00 |
| Total Cleared Transactions | | | | | -1,980,753.27 | -1,980,753.27 |
| Cleared Balance | | | | | -1,980,753.27 | 3,101,547.92 |
| Register Balance as of 03/31/2013 | | | | | -1,980,753.27 | 3,101,547.92 |
| **New Transactions** | | | | | | |
| **Deposits and Credits - 1 item** | | | | | | |
| General Journal | 4/10/2013 | 1371 | | | 833,030.00 | 833,030.00 |
| Total Deposits and Credits | | | | | 833,030.00 | 833,030.00 |
| Total New Transactions | | | | | 833,030.00 | 833,030.00 |
| **Ending Balance** | | | | | -1,147,723.27 | 3,934,577.92 |

# WellsOne® Account

Account number: **4123726184**  ■  March 1, 2013 - March 31, 2013  ■  Page 1 of 2



STAMP FARMS LLC
DEBTOR IN POSSESSION
CH 11 CASE #12-10410 (WMI)
201 S GEORGE ST
DECATUR MI 49045-1212

**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS**  (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online: wellsfargo.com*

Write:  Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA  94163

## Account summary

### WellsOne® Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 4123726184 | $5,082,301.19 | $157,973.00 | -$2,138,726.27 | $3,101,547.92 |

## Credits

#### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 03/07 | 157,973.00 | WT Fed#02400 Fifth Third Bank /Org=Varnum Riddering Schmidt & Srf# 2013030700005409 Trn#130307070092 Rfb# Rtl016 \2780400 |
| | | **$157,973.00** | **Total electronic deposits/bank credits** |
| | | **$157,973.00** | **Total credits** |

## Debits

#### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 03/14 | 21,631.50 | WT Fed#08400 CoBank ACB /Ftr/Bnf=Farm Credit Leasing Srf# IN13031413042443 Trn#130314115257 Rfb# 000000073 |
| | 03/14 | 519,750.00 | WT Seq114332 Agco Finance LLC /Bnf=Agco Finance LLC Srf# IN13031413003361 Trn#130314114332 Rfb# 000000072 |
| | 03/22 | 4,387.77 | WT Fed#08980 Founders Bank and /Ftr/Bnf=Kluczynski, Girtz & Vogelzang Srf# IN13032212264968 Trn#130322114959 Rfb# 000000077 |
| | 03/22 | 3,594.00 | WT Fed#09292 Fifth Third Bank /Ftr/Bnf=Commercial Loan Wires Srf# IN13032212301592 Trn#130322115883 Rfb# 000000078 |

Account number:  **4123726184**  ■  March 1, 2013 - March 31, 2013  ■  Page 2 of 2



### Electronic debits/bank debits *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 03/22 | 2,285.00 | WT Fed#07759 First State Bank /Ftr/Bnf=C&N Construction Srf# |
| | | | IN13032212162342 Trn#130322111857 Rfb# 000000076 |
| | 03/28 | 1,587,078.00 | WT Fed#04348 Fifth Third Bank /Ftr/Bnf=Lewis Reed & Allen, PC Srf# |
| | | | IN13032811432319 Trn#130328131684 Rfb# 000000082 |
| | | **$2,138,726.27** | **Total electronic debits/bank debits** |
| | | **$2,138,726.27** | **Total debits** |

### Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/28 | 5,082,301.19 | 03/14 | 4,698,892.69 | 03/28 | 3,101,547.92 |
| 03/07 | 5,240,274.19 | 03/22 | 4,688,625.92 | | |
| | **Average daily ledger balance** | **$4,687,252.10** | | | |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

11:42 AM
04/15/13

## Stamp Farms, LLC.
## Reconciliation Summary
### Wells Fargo - DIP Operating, Period Ending 03/31/2013

|  | Mar 31, 13 |
|---|---|
| **Beginning Balance** | 293,726.27 |
| **Cleared Transactions** | |
| Checks and Payments - 17 items | -15,296.58 |
| **Total Cleared Transactions** | -15,296.58 |
| **Cleared Balance** | 278,429.69 |
| **Uncleared Transactions** | |
| Checks and Payments - 6 items | -3,716.03 |
| **Total Uncleared Transactions** | -3,716.03 |
| **Register Balance as of 03/31/2013** | 274,713.66 |
| **New Transactions** | |
| Checks and Payments - 4 items | -10,134.12 |
| **Total New Transactions** | -10,134.12 |
| **Ending Balance** | 264,579.54 |

11:42 AM

04/15/13

# Stamp Farms, LLC.
## Reconciliation Detail
### Wells Fargo - DIP Operating, Period Ending 03/31/2013

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 293,726.27 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 17 items** | | | | | | |
| Bill Pmt -Check | 3/4/2013 | WIRE | DK Security | X | -480.00 | -480.00 |
| Check | 3/11/2013 | | Wells Fargo | X | -471.95 | -951.95 |
| Bill Pmt -Check | 3/12/2013 | 2818 | Consumers Energy | X | -4,182.01 | -5,133.96 |
| Bill Pmt -Check | 3/12/2013 | 2817 | Indiana Michigan P... | X | -2,123.95 | -7,257.91 |
| Bill Pmt -Check | 3/12/2013 | 2819 | Midwest Energy | X | -78.02 | -7,335.93 |
| Bill Pmt -Check | 3/12/2013 | 2820 | Jayme Frabe | X | -28.20 | -7,364.13 |
| Bill Pmt -Check | 3/13/2013 | 2822 | Midwest Energy | X | -905.00 | -8,269.13 |
| Bill Pmt -Check | 3/13/2013 | 2824 | Indiana Michigan P... | X | -748.00 | -9,017.13 |
| Bill Pmt -Check | 3/13/2013 | 2821 | K8-Inc. | X | -41.25 | -9,058.38 |
| Bill Pmt -Check | 3/13/2013 | 2823 | Consumers Energy | X | -22.24 | -9,080.62 |
| Check | 3/15/2013 | WIRE | Ken Swift | X | -875.00 | -9,955.62 |
| Bill Pmt -Check | 3/18/2013 | 2825 | K8-Inc. | X | -372.91 | -10,328.53 |
| Bill Pmt -Check | 3/19/2013 | 2829 | State of Michigan - ... | X | -2,321.99 | -12,650.52 |
| Check | 3/22/2013 | WIRE | Ken Swift | X | -1,137.50 | -13,788.02 |
| Bill Pmt -Check | 3/24/2013 | WIRE | K8-Inc. | X | -682.50 | -14,470.52 |
| Check | 3/27/2013 | WIRE | Ken Swift | X | -542.50 | -15,013.02 |
| Bill Pmt -Check | 3/28/2013 | WIRE | K8-Inc. | X | -283.56 | -15,296.58 |
| Total Checks and Payments | | | | | -15,296.58 | -15,296.58 |
| Total Cleared Transactions | | | | | -15,296.58 | -15,296.58 |
| **Cleared Balance** | | | | | -15,296.58 | 278,429.69 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 6 items** | | | | | | |
| Bill Pmt -Check | 3/18/2013 | 2827 | U.S. Trustee | | -650.53 | -650.53 |
| Bill Pmt -Check | 3/18/2013 | 2826 | U.S. Trustee | | -650.53 | -1,301.06 |
| Bill Pmt -Check | 3/18/2013 | 2828 | U.S. Trustee | | -325.28 | -1,626.34 |
| Check | 3/26/2013 | 2830 | Blue Care Network | | -1,105.62 | -2,731.96 |
| Bill Pmt -Check | 3/26/2013 | 2831 | Infinisource | | -840.00 | -3,571.96 |
| Bill Pmt -Check | 3/26/2013 | 2832 | Midwest Energy | | -144.07 | -3,716.03 |
| Total Checks and Payments | | | | | -3,716.03 | -3,716.03 |
| Total Uncleared Transactions | | | | | -3,716.03 | -3,716.03 |
| **Register Balance as of 03/31/2013** | | | | | -19,012.61 | 274,713.66 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 4 items** | | | | | | |
| Bill Pmt -Check | 4/5/2013 | 2833 | Indiana Michigan P... | | -5.55 | -5.55 |
| Check | 4/9/2013 | Wire | MI - Unemployment... | | -9,168.91 | -9,174.46 |
| Check | 4/9/2013 | Wire | MI - Unemployment... | | -65.28 | -9,239.74 |
| Bill Pmt -Check | 4/10/2013 | 2836 | State of Michigan - ... | | -894.38 | -10,134.12 |
| Total Checks and Payments | | | | | -10,134.12 | -10,134.12 |
| Total New Transactions | | | | | -10,134.12 | -10,134.12 |
| **Ending Balance** | | | | | -29,146.73 | 264,579.54 |

# WellsOne® Account

Account number: **4123526436**  ▪  March 1, 2013 - March 31, 2013  ▪  Page 1 of 2



STAMP FARMS LLC
(DEBTOR IN POSSESSION)
DEBOR IN POSSESSION
201 S GEORGE ST
DECATUR MI 49045-1212

**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS** (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA  94163

## Account summary

### WellsOne® Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 4123526436 | $306,066.57 | $0.00 | -$27,636.88 | $278,429.69 |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 03/01 | 158.70 | Bcbs Michigan Premium 130227 Miabs90C Association Benefits - |
| | 03/05 | 480.00 | WT Fed#06148 Macatawa Bank /Ftr/Bnf=Dk Security Srf# IN13030506062253 Trn#130305026443 Rfb# 000000071 |
| | 03/11 | 471.95 | Client Analysis Srvc Chrg 130308 Svc Chge 0213 000004123526436 |
| | 03/15 | 875.00 | WT Fed#05583 Fifth Third Bank /Ftr/Bnf=Kenneth D Swift Srf# IN13031512421373 Trn#130315129036 Rfb# 000000074 |
| | 03/22 | 1,137.50 | WT Fed#02867 Fifth Third Bank /Ftr/Bnf=Kenneth Swift Srf# IN13032211215078 Trn#130322097338 Rfb# 000000075 |
| | 03/25 | 682.50 | WT Fed#00969 Keystone Community /Ftr/Bnf=K8-Inc. Srf# IN13032507025148 Trn#130325044646 Rfb# 000000079 |
| | 03/27 | 542.50 | WT Fed#00208 Fifth Third /Ftr/Bnf=Kenneth Swift Srf# IN13032708323689 Trn#130327058289 Rfb# 000000080 |
| | 03/28 | 283.56 | WT Fed#03445 Keystone Community /Ftr/Bnf=K8-Inc. Srf# IN13032809423324 Trn#130328093473 Rfb# 000000081 |
| | | **$4,631.71** | **Total electronic debits/bank debits** |

### Checks paid

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 2804 | 7,000.00 | 03/06 | 2817* | 2,123.95 | 03/19 | 2820 | 28.20 | 03/18 |
| 2810* | 96.41 | 03/01 | 2818 | 4,182.01 | 03/15 | 2821 | 41.25 | 03/14 |
| 2812* | 5,085.19 | 03/04 | 2819 | 78.02 | 03/15 | 2822 | 905.00 | 03/15 |

Account number:  **4123526436**  ■  March 1, 2013 - March 31, 2013  ■  Page 2 of 2



### Checks paid *(continued)*

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|--------|--------|------|--------|--------|------|--------|--------|------|
| 2823 | 22.24 | 03/15 | 2825 | 372.91 | 03/29 | 2829* | 2,321.99 | 03/29 |
| 2824 | 748.00 | 03/19 | | | | | | |
| | **$23,005.17** | | **Total checks paid** | | | | | |

* *Gap in check sequence.*

| | **$27,636.88** | | **Total debits** |
|---|---|---|---|

### Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 02/28 | 306,066.57 | 03/11 | 292,774.32 | 03/22 | 282,633.15 |
| 03/01 | 305,811.46 | 03/14 | 292,733.07 | 03/25 | 281,950.65 |
| 03/04 | 300,726.27 | 03/15 | 286,670.80 | 03/27 | 281,408.15 |
| 03/05 | 300,246.27 | 03/18 | 286,642.60 | 03/28 | 281,124.59 |
| 03/06 | 293,246.27 | 03/19 | 283,770.65 | 03/29 | 278,429.69 |
| | **Average daily ledger balance** | | **$289,138.18** | | |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

10:12 AM

04/08/13

### Stamp Farms Trucking LLC.
## Reconciliation Summary
### Edgewater Bank, Period Ending 03/29/2013

|  | Mar 29, 13 |
|---|---|
| Beginning Balance | 25,868.38 |
| Cleared Transactions |  |
| Checks and Payments - 19 items | -23,534.20 |
| Total Cleared Transactions | -23,534.20 |
| Cleared Balance | 2,334.18 |
| Register Balance as of 03/29/2013 | 2,334.18 |
| Ending Balance | 2,334.18 |

10:12 AM

04/08/13

### Stamp Farms Trucking LLC.
## Reconciliation Detail
### Edgewater Bank, Period Ending 03/29/2013

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Beginning Balance | | | | | | 25,868.38 |
| Cleared Transactions | | | | | | |
| Checks and Payments - 19 items | | | | | | |
| Liability Check | 3/1/2013 | EFTPS | United States Treas... | X | -6,508.58 | -6,508.58 |
| Paycheck | 3/1/2013 | 9580 | Swift, Kenneth | X | -2,555.53 | -9,064.11 |
| Paycheck | 3/1/2013 | 9582 | Trowbridge, Andrew... | X | -2,490.76 | -11,554.87 |
| Paycheck | 3/1/2013 | 9567 | Becraft, James | X | -1,431.31 | -12,986.18 |
| Paycheck | 3/1/2013 | 9581 | Trowbridge Jr., Rob... | X | -1,020.22 | -14,006.40 |
| Paycheck | 3/1/2013 | 9573 | Hall, Andrew A | X | -1,006.20 | -15,012.60 |
| Paycheck | 3/1/2013 | 9572 | Gardner, Curtis A | X | -899.07 | -15,911.67 |
| Paycheck | 3/1/2013 | 9568 | Bonczynski, Michae... | X | -896.31 | -16,807.98 |
| Paycheck | 3/1/2013 | 9569 | Broughton, Sidney D | X | -887.67 | -17,695.65 |
| Paycheck | 3/1/2013 | 9570 | Carlock, Michael J | X | -801.13 | -18,496.78 |
| Paycheck | 3/1/2013 | 9578 | Schultz, Randy | X | -708.69 | -19,205.47 |
| Paycheck | 3/1/2013 | 9574 | Leighton, Michael | X | -707.70 | -19,913.17 |
| Paycheck | 3/1/2013 | 9577 | Sarratore, Emilie G | X | -700.44 | -20,613.61 |
| Paycheck | 3/1/2013 | 9571 | Elder, Kerry L | X | -675.06 | -21,288.67 |
| Paycheck | 3/1/2013 | 9575 | Miller, Franklin T | X | -667.22 | -21,955.89 |
| Paycheck | 3/1/2013 | 9579 | Stambeck, Larry | X | -646.90 | -22,602.79 |
| Paycheck | 3/1/2013 | 9576 | Morales, Gilberto | X | -645.61 | -23,248.40 |
| Liability Check | 3/4/2013 | 9583 | West Michigan Unif... | X | -155.80 | -23,404.20 |
| Check | 3/8/2013 | 9584 | West Michigan Unif... | X | -130.00 | -23,534.20 |
| Total Checks and Payments | | | | | -23,534.20 | -23,534.20 |
| Total Cleared Transactions | | | | | -23,534.20 | -23,534.20 |
| Cleared Balance | | | | | -23,534.20 | 2,334.18 |
| Register Balance as of 03/29/2013 | | | | | -23,534.20 | 2,334.18 |
| Ending Balance | | | | | -23,534.20 | 2,334.18 |



# EDGEWATER
## B A N K

Corporate Office
321 Main St., POB 146
St. Joseph, MI 49085
(269) 982-4175

ACCOUNT
SUMMARY

000161

STAMP FARMS TRUCKING LLC
201 S GEORGE ST
DECATUR MI  49045-1212

SUMMARY OF YOUR ACTIVITY

| STATEMENT DATE | MAR 29 13 |
|---|---|
| STATEMENT NUMBER | 584000378 |
| BEGINNING BALANCE | 25868.38 |
| DEPOSIT AMOUNT        + | .00 |
| WITHDRAWAL AMOUNT     − | 23534.20 |
| SERVICE CHARGE        − | .00 |
| ENDING BALANCE        = | 2334.18 |

ON 1/1/13 CHANGES WILL OCCUR TO
FDIC INSURANCE COVERAGE LIMITS ON
NONINTEREST BEARING ACCOUNT. PLEASE
VISIT OUR WEBSITE FOR MORE DETAILS.

**SMALL BUSINESS CHECKING**     05-84000378
**ACTIVITY BEGINNING**          **MAR 01 13**

| DATE | DESCRIPTION | NUMBER | WITHDRAWALS | DEPOSITS | BALANCE SUMMARY |
|---|---|---|---|---|---|
| | | | | | $   25868.38 |
| MAR 01 | CHECK NUMBER | 9572 | 899.07 | | $   24969.31 |
| MAR 01 | CHECK NUMBER | 9574 | 707.70 | | $   24261.61 |
| MAR 01 | CHECK NUMBER | 9580 | 2555.53 | | $   21706.08 |
| MAR 01 | CHECK NUMBER | 9571 | 675.06 | | $   21031.02 |
| MAR 01 | CHECK NUMBER | 9570 | 801.13 | | $   20229.89 |
| MAR 01 | CHECK NUMBER | 9582 | 2490.76 | | $   17739.13 |
| MAR 01 | CHECK NUMBER | 9575 | 667.22 | | $   17071.91 |
| MAR 01 | CHECK NUMBER | 9578 | 708.69 | | $   16363.22 |
| MAR 01 | CHECK NUMBER | 9568 | 896.31 | | $   15466.91 |
| MAR 04 | IRS USATAXPYMT 030413 CCD | | 6508.58 | | $    8958.33 |
| | 27034631569199G | | | | |
| MAR 04 | CHECK NUMBER | 9569 | 887.67 | | $    8070.66 |
| MAR 04 | CHECK NUMBER | 9576 | 645.61 | | $    7425.05 |
| MAR 04 | CHECK NUMBER | 9577 | 700.44 | | $    6724.61 |
| MAR 04 | CHECK NUMBER | 9581 | 1020.22 | | $    5704.39 |
| MAR 05 | CHECK NUMBER | 9567 | 1431.31 | | $    4273.08 |
| MAR 06 | CHECK NUMBER | 9573 | 1006.20 | | $    3266.88 |
| MAR 13 | CHECK NUMBER | 9583 | 155.80 | | $    3111.08 |
| MAR 15 | CHECK NUMBER | 9579 | 646.90 | | $    2464.18 |
| MAR 18 | CHECK NUMBER | 9584 | 130.00 | | $    2334.18 |

## SUMMARY OF YOUR DEPOSIT ACCOUNTS

| ACCOUNT DESCRIPTION | ACCOUNT NUMBER | ACCOUNT BALANCE | MATURITY DATE |
|---|---|---|---|
| SMALL BUSINESS CHECKING | 05-84000378 | $   2,334.18 | |
| TOTAL OF YOUR DEPOSIT ACCOUNTS | | $   2,334.18 | |

(102) P00290-01   05-84000378     3/29/13        00

Z0570205

In re STAMP FARMS, L.L.C., *et al.,*
Debtor

Case No. 12-10410
Reporting Period: March 2013

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| Ritchie Bros. | Jan 2013 | $ 23,000.00 | Stamp Farms | WIRE | 2/4/2013 | $ 23,000.00 | $ - | $ 23,000.00 | $ - |
| Miedema Apprasials | Jan-Feb 2013 | $ 7,000.00 | Stamp Farms | 2804 | 2/22/2013 | $ 7,000.00 | $ - | $ 7,000.00 | $ - |

FORM MOR-1b
(04/07)