# EXHIBIT A

| In re | Chapter 11 | Fees Previously Requested | $ 619,775.50 | NAME OF APPLICANT: | Varnum, LLP |
|---|---|---|---|---|---|
| STAMP FARMS, L.L.C. et al., | | Fees Previously Awarded | $ 619,775.50 | | |
| Debtors. | Case No. 12-10410 Hon. Scott W. Dales (Jointly Administered) | Expenses Previously Requested | $ 44,020.19 | ROLE IN THE CASE: | Attorneys for Debtors |
| | | Expenses Previously Awarded | $ 44,020.19 | CURRENT APPLICATION | |
| | | | | Fees Requested | $ 354,159.75 |
| | | Retainer Paid | $ 17,334.63 | Expenses Requested | $ 11,009.62 |
| | | Payments Received | $ 153,366.00 | | |
| FEE APPLICATION | | | | | |
| NAMES OF PROFESSIONALS/ PARAPROFESSIONALS | YEAR ADMITTED TO PRACTICE | HOURS BILLED CURRENT APPLICATION | RATE | TOTAL FOR APPLICATION | |
| **PARTNERS** | | | | | |
| Michael S. Mc Elwee | 1983 | 166.10 | 470 | 78067.00 | |
| Peter G. Roth | 1999 | 0.50 | 350 | 175.00 | |
| Robert D. Mollhagen | 1977 | 288.40 | 470 | 135548.00 | |
| Melissa B. Papke | 2004 | 0.75 | 300 | 225.00 | |
| Seth W. Ashby | 2005 | 198.50 | 300 | 59550.00 | |
| Kaplin S. Jones | 1984 | 0.25 | 470 | 117.50 | |
| Mark S. Allard | 1985 | 14.20 | 470 | 6674.00 | |
| Peter A. Smit | 1977 | 1.65 | 470 | 775.50 | |
| Richard A. Hooker | 1976 | 0.80 | 470 | 376.00 | |
| Joseph B. Levan | 1993 | 6.50 | 435 | 2827.50 | |

| | | | | | |
|---|---|---|---|---|---|
| **COUNSEL** | | | | | |
| David K. McLeod | 1985 | 1.70 | 420 | 714.00 | |
| **ASSOCIATES** | | | | | |
| Benjamin A. Anderson | 2011 | 12.40 | 225 | 2,790.00 | |
| David M. Moss | 2012 | 6.90 | 210 | 1,449.00 | |
| Jake W. Lombardo | 2010 | 5.50 | 245 | 1,347.50 | |
| Kyle P. Konwinski | | 2.40 | 210 | 504.00 | |
| Conor B. Dugan | 2004 | 108.85 | 315 | 34,287.75 | |
| Kristen M. Veresh | 2012 | 48.50 | 210 | 10,185.00 | |
| Peter A. Schmidt | 2007 | 1.20 | 275 | 330.00 | |
| **PARAPROFESSIONALS** | | | | | |
| Dawn M. Ross | n/a | 109.60 | 165 | 18,084.00 | |
| Nikki L. Cushman | n/a | 0.70 | 190 | 133.00 | |
| | | | | **TOTAL BLENDED HOURLY RATE (Excluding Paraprofessionals)** | $388.33 |
| **TOTAL** | | 975.40 | | 354,159.75 | |
| #6339357v1.xls | | | | | |