# EXHIBIT B

**Exhibit B**

**Projects:
Persons Providing Services & Hours/Computation**

001 ASSET ANALYSIS AND RECOVERY

| Name | Hours Billed/ Current Application | Rate ($) | Total for Project ($) |
|---|---|---|---|
| Mark S. Allard | 13.90 | 470.00 | 6533.00 |
| Seth W. Ashby | .90 | 300.00 | 270.00 |
| Nikki L. Cushman | .20 | 190.00 | 38.00 |
| Conor B. Dugan | 30.15 | 315.00 | 9497.25 |
| Michael S. McElwee | 5.65 | 470.00 | 2655.50 |
| David K. McLeod | .50 | 420.00 | 210.00 |
| Robert D. Mollhagen | 16.90 | 470.00 | 7943.00 |
| Dawn M. Ross | .40 | 165.00 | 66.00 |
| Peter A. Schmidt | 1.20 | 275.00 | 330.00 |
| Kristen M. Veresh | 21.20 | 210.00 | 4452.00 |
| TOTAL | 91.00 | | 31994.75 |

002 ASSET DISPOSITION

| Name | Hours Billed/ Current Application | Rate ($) | Total for Project ($) |
|---|---|---|---|
| Seth W. Ashby | 143.10 | 300.00 | 42930.00 |
| Conor B. Dugan | .40 | 315.00 | 126.00 |
| Richard A. Hooker | .80 | 470.00 | 376.00 |
| Michael S. McElwee | 16.45 | 470.00 | 7731.50 |
| Robert D. Mollhagen | 83.40 | 470.00 | 39198.00 |
| Dawn M. Ross | 15.70 | 165.00 | 2590.50 |
| Peter G. Roth | .50 | 350.00 | 175.00 |
| Peter A. Smit | 1.40 | 470.00 | 658.00 |
| TOTAL | 261.75 | | 93785.00 |

004 CASE ADMINISTRATION

| Name | Hours Billed/ Current Application | Rate ($) | Total for Project ($) |
|---|---|---|---|
| Mark S. Allard | .30 | 470.00 | 141.00 |
| Benjamin A. Anderson | 10.70 | 225.00 | 2407.50 |
| Seth W. Ashby | 3.70 | 300.00 | 1110.00 |
| Conor B. Dugan | 5.80 | 315.00 | 1827.00 |
| Joseph B. Levan | 6.50 | 435.00 | 2827.50 |
| Michael S. McElwee | 73.75 | 470.00 | 34474.50 |
| Robert D. Mollhagen | 29.20 | 470.00 | 13724.00 |
| David M. Moss | 3.0 | 210.00 | 630.00 |
| Dawn M. Ross | 24.30 | 165.00 | 4009.50 |
| Peter A. Smit | .25 | 470.00 | 117.50 |
| TOTAL | 157.10 | | 61268.50 |

005 CLAIMS ADMINISTRATION AND OBJECTION

| Name | Hours Billed/ Current Application | Rate ($) | Total for Project ($) |
|---|---|---|---|
| Nikki L. Cushman | .50 | 190.00 | 95.00 |
| Conor B. Dugan | 17.25 | 315.00 | 5433.75 |
| Michael S. McElwee | 1.90 | 470.00 | 893.00 |
| Robert D. Mollhagen | 2.30 | 470.00 | 1081.00 |
| David M. Moss | 2.90 | 210.00 | 609.00 |
| Dawn M. Ross | 5.40 | 165.00 | 891.00 |
| TOTAL | 30.25 | | 9002.75 |

007 FEE/EMPLOYMENT APPLICANTS

| Name | Hours Billed/ Current Application | Rate ($) | Total for Project ($) |
|---|---|---|---|
| Benjamin A. Anderson | .80 | 225.00 | 180.00 |
| Conor B. Dugan | 29.25 | 315.00 | 9213.75 |
| Michael S. McElwee | 2.65 | 470.00 | 1245.50 |
| Robert D. Mollhagen | 10.80 | 470.00 | 5076.00 |
| Melissa B. Papke | .75 | 300.00 | 225.00 |
| Dawn M. Ross | 21.70 | 165.00 | 3580.50 |
| Kristen M. Veresh | 3.80 | 210.00 | 798.00 |
| TOTAL | 69.75 | | 20318.75 |

009 FINANCING/CASH COLLATERAL

| Name | Hours Billed/ Current Application | Rate ($) | Total for Project ($) |
|---|---|---|---|
| Robert D. Mollhagen | .20 | 470.00 | 94.00 |
| TOTAL | .20 | | 94.00 |

010 LITIGATION

| Name | Hours Billed/ Current Application | Rate ($) | Total for Project ($) |
|---|---|---|---|
| Benjamin A. Anderson | .90 | 225.00 | 202.50 |
| Seth W. Ashby | 38.50 | 300.00 | 8032.50 |
| Conor B. Dugan | 25.50 | 315.00 | 8032.50 |
| Kaplin S. Jones | .25 | 470.00 | 117.50 |
| Kyle P. Konwinski | 2.40 | 210.00 | 504.00 |
| Jake W. Lombardo | 5.50 | 245.00 | 1347.50 |
| Michael S. McElwee | 64.35 | 470.00 | 30244.50 |
| David K. McLeod | 1.20 | 420.00 | 504.00 |
| Robert D. Mollhagen | 88.40 | 470.00 | 41548.00 |
| Dawn M. Ross | 35.40 | 165.00 | 5841.00 |
| Kristen M. Veresh | 21.40 | 210.00 | 4494.00 |
| TOTAL | 283.80 | | 104385.50 |

012 PLAN AND DISCLOSURE STATEMENT

| Name | Hours Billed/ Current Application | Rate ($) | Total for Project ($) |
|---|---|---|---|
| Seth W. Ashby | 10.30 | 300.00 | 3090.00 |
| Conor B. Dugan | .50 | 315.00 | 157.50 |
| Robert D. Mollhagen | 48.70 | 470.00 | 22889.00 |
| Dawn M. Ross | 2.30 | 165.00 | 379.50 |
| TOTAL | 61.80 | | 26516.00 |

013 RELIEF OF FROM STAY PROCEEDINGS

| Name | Hours Billed/ Current Application | Rate ($) | Total for Project ($) |
|---|---|---|---|
| Seth W. Ashby | 2.0 | 300.00 | 600.00 |
| Michael S. McElwee | 1.05 | 470.00 | 493.50 |
| Robert D. Mollhagen | 7.70 | 470.00 | 3619.00 |
| Dawn M. Ross | 3.60 | 165.00 | 594.00 |
| Kristen M. Veresh | 2.10 | 210.00 | 441.00 |
| TOTAL | 16.45 | | 5747.50 |

022 ASSUMPTION/REJECTION OF LEASES/CONTRACTS

| Name | Hours Billed/ Current Application | Rate ($) | Total for Project ($) |
|---|---|---|---|
| Michael S. McElwee | .70 | 470.00 | 329.00 |
| Robert D. Mollhagen | .80 | 470.00 | 376.00 |
| David M. Moss | 1.00 | 210.00 | 210.00 |
| Dawn M. Ross | .80 | 165.00 | 132.00 |
| TOTAL | 3.30 | | 1047.00 |

| | |
|---|---|
| **TOTAL FOR ALL PROJECT CATEGORIES** | **$354,159.75** |

6350128_1.DOCX