# EXHIBIT D

**EXHIBIT D**

**EXPENSE REIMBURSEMENT REQUESTED SUMMARY BY CATEGORY**

| CATEGORY | VENDOR, if any | UNIT COST, if applicable | AMOUNT |
|---|---|---|---|
| Copies | | $.10 | 2,355.00[1] |
| Outside Printing | | | |
| Telephone/Conference Call Services | Intercall | | 2.56 |
| Facsimile | | | |
| Online research | Westlaw | | 1,987.50 |
| Delivery Services/Couriers | UPS | | 5,369.76 |
| Courier/Messenger | Varnum | | |
| Postage | USPS | | 274.05 |
| Local travel | | | |
| Out-of-town travel: Transportation/Mileage Hotel Meals Ground Transportation | | | 586.50 |
| Meals (local) | | | |
| Court fees | U.S. Bankruptcy Court | | 293.00 |
| Subpoena fees | | | |
| Witness fees | | | |
| Deposition transcripts | | | |
| Trial transcripts | | | |
| Trial exhibits | | | |
| Litigation Support vendors | | | |
| Experts | | | |
| Investigators | | | |
| Arbitrators/Mediators | | | |
| Other (please specify) | | | |
| Parking | | | 19.00 |
| Newspaper Publication | | | |
| Title Search Fee | | | |
| Wire Transfer Fee | Fifth Third Bank | | 122.25 |
| Transcripts | | | |
| **TOTAL** | | | 11,009.62 |

[1] 23,550 copies at $.10/copy (actual cost is approximately $.13/copy) = $2,355.00

| | |
|---|---|
| Case Name and Number: | Stamp Farms, LLC, et al (12-10410) |
| Applicant's Name: | Varnum, LLP |
| Date of Application: | August    , 2013 |
| Interim or Final: | FINAL |

**GUIDELINES FOR REVIEWING APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FILED UNDER 11 U.S.C. § 330 BY ATTORNEYS IN LARGER CHAPTER 11 CASES**

6350066_1.DOCX

Billed and Unbilled Recap Of Cost Detail - [330257 - BANKRUPTCY]  
Client:204652 - STAMP FARMS LLC   8/5/2013 3:12:30 PM    Page 1

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 03/01/2013 | MMC | MICHAEL S. MCELWEE | 90 | 1.00 | 5,294.25 | 5,294.25 | U.P.S. - - VENDOR: UNITED PARCEL SERVICE | 884716 |
| 08/05/2013 | | Invoice=904352 | | 1.00 | 5,294.25 | 5,294.25 | | |
| | | Voucher=482637 Paid | | | | | Vendor=UNITED PARCEL SERVICE Balance= .00 Amount= 7064.31 | |
| | | | | | | | Check #508441 03/12/2013 | |
| 03/01/2013 | MMC | MICHAEL S. MCELWEE | 95 | 5800.00 | 0.15 | 870.00 | Copy Charges | 886185 |
| 08/05/2013 | | Invoice=904352 | | 5800.00 | 0.15 | 870.00 | | |
| 03/01/2013 | MMC | MICHAEL S. MCELWEE | 95 | 0.33 | 0.15 | 0.05 | Copy Charges | 894171 |
| 08/05/2013 | | Invoice=904352 | | 0.33 | 0.00 | 0.00 | | |
| 03/01/2013 | MMC | MICHAEL S. MCELWEE | 95 | 872.67 | 0.15 | 130.90 | Copy Charges | 894174 |
| 08/05/2013 | | Invoice=904352 | | 872.67 | 0.00 | 0.00 | | |
| 03/01/2013 | MMC | MICHAEL S. MCELWEE | 95 | 2036.20 | 0.15 | 305.43 | Copy Charges | 894175 |
| 08/05/2013 | | Invoice=904352 | | 2036.20 | 0.00 | 0.00 | | |
| 03/01/2013 | MMC | MICHAEL S. MCELWEE | 95 | 17.80 | 0.15 | 2.67 | Copy Charges | 894181 |
| 08/05/2013 | | Invoice=904352 | | 17.80 | 0.00 | 0.00 | | |
| 03/06/2013 | PR | PERRIN RYNDERS | 16 | 1.00 | 120.00 | 120.00 | Travel Expense - - VENDOR:ROBERT MOLLHAGEN | 884534 |
| 08/05/2013 | | Invoice=904352 | | 1.00 | 120.00 | 120.00 | | |
| | | Voucher=482312 Paid | | | | | Vendor=ROBERT MOLLHAGEN Balance= .00 Amount= 120.00 | |
| | | | | | | | Check #508536 03/14/2013 | |
| 03/06/2013 | MMC | MICHAEL S. MCELWEE | 16 | 1.00 | 52.50 | 52.50 | Travel Expense - - VENDOR: SETH ASHBY | 884543 |
| 08/05/2013 | | Invoice=904352 | | 1.00 | 52.50 | 52.50 | | |
| | | Voucher=482325 Paid | | | | | Vendor=SETH ASHBY Balance= .00 Amount= 63.50 | |
| | | | | | | | Check #508535 03/14/2013 | |
| 03/06/2013 | MMC | MICHAEL S. MCELWEE | 142 | 1.00 | 11.00 | 11.00 | Parking - - VENDOR: SETH ASHBY | 884544 |
| 08/05/2013 | | Invoice=904352 | | 1.00 | 11.00 | 11.00 | | |
| | | Voucher=482325 Paid | | | | | Vendor=SETH ASHBY Balance= .00 Amount= 63.50 | |
| | | | | | | | Check #508535 03/14/2013 | |
| 03/07/2013 | MMC | MICHAEL S. MCELWEE | 143 | 1.00 | 50.50 | 50.50 | Wire Transfer Fee - - VENDOR: FIFTH THIRD BANK | 884518 |
| 08/05/2013 | | Invoice=904352 | | 1.00 | 50.50 | 50.50 | | |
| | | Voucher=482304 Paid | | | | | Vendor=FIFTH THIRD BANK Balance= .00 Amount= 50.50 | |
| | | | | | | | Check #508342 03/07/2013 | |
| 03/08/2013 | MMC | MICHAEL S. MCELWEE | 95 | 24.67 | 0.15 | 3.70 | Copy Charges | 886186 |
| 08/05/2013 | | Invoice=904352 | | 24.67 | 0.15 | 3.70 | | |
| 03/08/2013 | MMC | MICHAEL S. MCELWEE | 95 | 0.33 | 0.15 | 0.05 | Copy Charges | 894172 |
| 08/05/2013 | | Invoice=904352 | | 0.33 | 0.00 | 0.00 | | |
| 03/11/2013 | MMC | MICHAEL S. MCELWEE | 90 | 1.00 | 8.36 | 8.36 | U.P.S. - - VENDOR: UNITED PARCEL SERVICE | 885061 |
| 08/05/2013 | | Invoice=904352 | | 1.00 | 8.36 | 8.36 | | |
| | | Voucher=483045 Paid | | | | | Vendor=UNITED PARCEL SERVICE Balance= .00 Amount= 1050.05 | |
| | | | | | | | Check #508776 03/19/2013 | |
| 03/11/2013 | PAS | PETER A. SCHMIDT | 24 | 1.00 | 3.50 | 3.50 | Westlaw Computer Legal Research - P. Schmidt | 885319 |
| 08/05/2013 | | Invoice=904352 | | 1.00 | 3.50 | 3.50 | | |
| 03/13/2013 | MMC | MICHAEL S. MCELWEE | 16 | 1.00 | 152.00 | 152.00 | Travel Expense - - VENDOR: ROBERT MOLLHAGEN | 885453 |
| 08/05/2013 | | Invoice=904352 | | 1.00 | 152.00 | 152.00 | | |
| | | Voucher=483393 Paid | | | | | Vendor=ROBERT MOLLHAGEN Balance= .00 Amount= 160.00 | |
| | | | | | | | Check #509142 03/27/2013 | |
| 03/13/2013 | MMC | MICHAEL S. MCELWEE | 142 | 1.00 | 8.00 | 8.00 | Parking - - VENDOR: ROBERT MOLLHAGEN | 885454 |
| 08/05/2013 | | Invoice=904352 | | 1.00 | 8.00 | 8.00 | | |
| | | Voucher=483393 Paid | | | | | Vendor=ROBERT MOLLHAGEN Balance= .00 Amount= 160.00 | |
| | | | | | | | Check #509142 03/27/2013 | |
| 03/18/2013 | MMC | MICHAEL S. MCELWEE | 14 | 2.56 | 1.00 | 2.56 | Long Distance Phone Charges - - VENDOR: | 887298 |
| 08/05/2013 | | Invoice=904352 | | 2.56 | 1.00 | 2.56 | INTERCALL | |
| | | Voucher=485157 Paid | | | | | Vendor=INTERCALL Balance= .00 Amount= 512.48 | |
| | | | | | | | Check #510023 04/19/2013 | |
| 03/21/2013 | BA | BENJAMIN A. ANDERSON | 24 | 1.00 | 99.00 | 99.00 | Westlaw Computer Legal Research - B. Anderson | 885710 |
| 08/05/2013 | | Invoice=904352 | | 1.00 | 99.00 | 99.00 | | |
| 03/22/2013 | MMC | MICHAEL S. MCELWEE | 124 | 1.00 | 254.10 | 254.10 | Postage | 885731 |
| 08/05/2013 | | Invoice=904352 | | 1.00 | 254.10 | 254.10 | | |
| 03/22/2013 | MMC | MICHAEL S. MCELWEE | 95 | 3241.33 | 0.15 | 486.20 | Copy Charges | 886187 |

Case:12-10410-swd   Doc #:956-6   Filed: 08/06/13   Page 4 of 5

Billed and Unbilled Recap Of Cost Detail - [330257 - BANKRUPTCY]   Page 2
Client:204652 - STAMP FARMS LLC   8/5/2013 3:12:30 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 08/05/2013 | | Invoice=904352 | | 2841.33 | 0.15 | 426.20 | | |
| 03/22/2013 | MMC | MICHAEL S. MCELWEE | 09 | 1.00 | 293.00 | 293.00 | Filing Fee - Courts/USBC-MI--W - VENDOR: BANK OF AMERICA | 886674 |
| 08/05/2013 | | Invoice=904352 | | 1.00 | 293.00 | 293.00 | | |
| | | Voucher=484480 Paid | | | | | Vendor=BANK OF AMERICA  Balance= .00  Amount= 293.00 | |
| | | | | | | | Check #509940  04/18/2013 | |
| 03/22/2013 | MMC | MICHAEL S. MCELWEE | 95 | 213.13 | 0.15 | 31.97 | Copy Charges | 894176 |
| 08/05/2013 | | Invoice=904352 | | 613.13 | 0.00 | 0.00 | | |
| 03/22/2013 | MMC | MICHAEL S. MCELWEE | 95 | 807.53 | 0.15 | 121.13 | Copy Charges | 894178 |
| 08/05/2013 | | Invoice=904352 | | 807.53 | 0.00 | 0.00 | | |
| 03/25/2013 | MMC | MICHAEL S. MCELWEE | 90 | 1.00 | 11.37 | 11.37 | U.P.S. - - VENDOR: UNITED PARCEL SERVICE | 885902 |
| 08/05/2013 | | Invoice=904352 | | 1.00 | 11.37 | 11.37 | | |
| | | Voucher=483947 Paid | | | | | Vendor=UNITED PARCEL SERVICE  Balance= .00  Amount= 1089.25 | |
| | | | | | | | Check #509337  04/01/2013 | |
| 03/27/2013 | MMC | MICHAEL S. MCELWEE | 16 | 1.00 | 140.00 | 140.00 | Travel Expense - - VENDOR: ROBERT MOLLHAGEN | 886580 |
| 08/05/2013 | | Invoice=904352 | | 1.00 | 140.00 | 140.00 | | |
| | | Voucher=484392 Paid | | | | | Vendor=ROBERT MOLLHAGEN  Balance= .00  Amount= 140.00 | |
| | | | | | | | Check #509657  04/11/2013 | |
| 04/03/2013 | BA | BENJAMIN A. ANDERSON | 24 | 1.00 | 148.50 | 148.50 | Westlaw Computer Legal Research - B. Anderson | 886748 |
| 08/05/2013 | | Invoice=904352 | | 1.00 | 148.50 | 148.50 | | |
| 04/09/2013 | MMC | MICHAEL S. MCELWEE | 143 | 1.00 | 40.75 | 40.75 | Wire Transfer Fee - - VENDOR: FIFTH THIRD BANK | 886724 |
| 08/05/2013 | | Invoice=904352 | | 1.00 | 40.75 | 40.75 | | |
| | | Voucher=484504 Paid | | | | | Vendor=FIFTH THIRD BANK  Balance= .00  Amount= 40.75 | |
| | | | | | | | Check #509633  04/11/2013 | |
| 04/10/2013 | MMC | MICHAEL S. MCELWEE | 95 | 1407.00 | 0.15 | 211.05 | Copy Charges | 887026 |
| 08/05/2013 | | Invoice=904352 | | 1407.00 | 0.10 | 140.70 | | |
| 04/19/2013 | MMC | MICHAEL S. MCELWEE | 95 | 345.00 | 0.15 | 51.75 | Copy Charges | 888035 |
| 08/05/2013 | | Invoice=904352 | | 345.00 | 0.10 | 34.50 | | |
| 04/24/2013 | MMC | MICHAEL S. MCELWEE | 95 | 98.00 | 0.15 | 14.70 | Copy Charges | 888036 |
| 08/05/2013 | | Invoice=904352 | | 98.00 | 0.10 | 9.80 | | |
| 04/24/2013 | MMC | MICHAEL S. MCELWEE | 95 | 6006.00 | 0.15 | 900.90 | Copy Charges | 888037 |
| 08/05/2013 | | Invoice=904352 | | 6006.00 | 0.10 | 600.60 | | |
| 04/26/2013 | SWA | SETH W. ASHBY | 24 | 1.00 | 136.50 | 136.50 | Westlaw Computer Legal Research - S. Ashby | 888087 |
| 08/05/2013 | | Invoice=904352 | | 1.00 | 136.50 | 136.50 | | |
| 05/02/2013 | MMC | MICHAEL S. MCELWEE | 95 | 720.00 | 0.15 | 108.00 | Copy Charges | 888955 |
| 08/05/2013 | | Invoice=904352 | | 720.00 | 0.10 | 72.00 | | |
| 05/06/2013 | BA | BENJAMIN A. ANDERSON | 24 | 1.00 | 49.50 | 49.50 | Westlaw Computer Legal Research - B. Anderson | 889149 |
| 08/05/2013 | | Invoice=904352 | | 1.00 | 49.50 | 49.50 | | |
| 05/07/2013 | MMC | MICHAEL S. MCELWEE | 90 | 1.00 | 13.71 | 13.71 | U.P.S. - - VENDOR: UNITED PARCEL SERVICE | 888985 |
| 08/05/2013 | | Invoice=904352 | | 1.00 | 13.71 | 13.71 | | |
| | | Voucher=486857 Paid | | | | | Vendor=UNITED PARCEL SERVICE  Balance= .00  Amount= 1169.08 | |
| | | | | | | | Check #511025  05/16/2013 | |
| 05/10/2013 | MMC | MICHAEL S. MCELWEE | 16 | 1.00 | 122.00 | 122.00 | Travel Expense - - VENDOR: ROBERT MOLLHAGEN | 889478 |
| 08/05/2013 | | Invoice=904352 | | 1.00 | 122.00 | 122.00 | | |
| | | Voucher=487349 Paid | | | | | Vendor=ROBERT MOLLHAGEN  Balance= .00  Amount= 122.00 | |
| | | | | | | | Check #511373  05/29/2013 | |
| 05/13/2013 | SWA | SETH W. ASHBY | 24 | 1.00 | 379.00 | 379.00 | Westlaw Computer Legal Research - S. Ashby | 889205 |
| 08/05/2013 | | Invoice=904352 | | 1.00 | 379.00 | 379.00 | | |
| 05/13/2013 | SWA | SETH W. ASHBY | 24 | 1.00 | 893.50 | 893.50 | Westlaw Computer Legal Research - S. Ashby | 889309 |
| 08/05/2013 | | Invoice=904352 | | 1.00 | 893.50 | 893.50 | | |
| 05/15/2013 | DZM | DAVID M. MOSS | 24 | 1.00 | 49.50 | 49.50 | Westlaw Computer Legal Research - D. Moss | 889294 |
| 08/05/2013 | | Invoice=904352 | | 1.00 | 49.50 | 49.50 | | |
| 05/17/2013 | MMC | MICHAEL S. MCELWEE | 143 | 1.00 | 15.50 | 15.50 | Wire Transfer Fee - - VENDOR: FIFTH THIRD BANK | 889223 |
| 08/05/2013 | | Invoice=904352 | | 1.00 | 15.50 | 15.50 | | |
| | | Voucher=487080 Paid | | | | | Vendor=FIFTH THIRD BANK  Balance= .00  Amount= 15.50 | |
| | | | | | | | Check #511149  05/21/2013 | |

Case:12-10410-swd    Doc #:956-6    Filed: 08/06/13    Page 5 of 5

Billed and Unbilled Recap Of Cost Detail - [330257 - BANKRUPTCY]                                                                    Page 3
Client:204652 - STAMP FARMS LLC    8/5/2013 3:12:30 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 05/17/2013 | MMC | MICHAEL S. MCELWEE | 95 | 1648.00 | 0.15 | 247.20 | Copy Charges | 889837 |
| 08/05/2013 | | Invoice=904352 | | 1648.00 | 0.10 | 164.80 | | |
| 05/20/2013 | SWA | SETH W. ASHBY | 24 | 1.00 | 228.50 | 228.50 | Westlaw Computer Legal Research - S. Ashby | 889931 |
| 08/05/2013 | | Invoice=904352 | | 1.00 | 228.50 | 228.50 | | |
| 05/20/2013 | MMC | MICHAEL S. MCELWEE | 90 | 1.00 | 22.92 | 22.92 | U.P.S. - - VENDOR: UNITED PARCEL SERVICE | 890107 |
| 08/05/2013 | | Invoice=904352 | | 1.00 | 22.92 | 22.92 | | |
| | | Voucher=488020 Paid | | | | | Vendor=UNITED PARCEL SERVICE  Balance= .00  Amount= 263.80 | |
| | | | | | | | Check #511739  06/06/2013 | |
| 05/20/2013 | MMC | MICHAEL S. MCELWEE | 90 | 1.00 | 19.15 | 19.15 | U.P.S. - - VENDOR: UNITED PARCEL SERVICE | 890108 |
| 08/05/2013 | | Invoice=904352 | | 1.00 | 19.15 | 19.15 | | |
| | | Voucher=488020 Paid | | | | | Vendor=UNITED PARCEL SERVICE  Balance= .00  Amount= 263.80 | |
| | | | | | | | Check #511739  06/06/2013 | |
| 05/22/2013 | MMC | MICHAEL S. MCELWEE | 95 | 327.00 | 0.15 | 49.05 | Copy Charges | 889838 |
| 08/05/2013 | | Invoice=904352 | | 327.00 | 0.10 | 32.70 | | |
| 05/24/2013 | MMC | MICHAEL S. MCELWEE | 124 | 1.00 | 19.95 | 19.95 | Postage | 892750 |
| 08/05/2013 | | Invoice=904352 | | 1.00 | 19.95 | 19.95 | | |
| 05/28/2013 | MMC | MICHAEL S. MCELWEE | 143 | 1.00 | 15.50 | 15.50 | Wire Transfer Fee - - VENDOR: FIFTH THIRD | 889536 |
| 08/05/2013 | | Invoice=904352 | | 1.00 | 15.50 | 15.50 | | |
| | | Voucher=487504 Paid | | | | | Vendor=FIFTH THIRD BANK  Balance= .00  Amount= 15.50 | |
| | | | | | | | Check #511342  05/28/2013 | |
| | | BILLED TOTALS: WORK: | | | | 12,189.37 | 47 records | |
| | | BILLED TOTALS: BILL: | | | | 11,009.62 | | |
| | | GRAND TOTAL: WORK: | | | | 12,189.37 | 47 records | |
| | | GRAND TOTAL: BILL: | | | | 11,009.62 | | |