# EXHIBIT E

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re*: | ) Chapter 7 |
| | ) Hon. Scott W. Dales |
| STAMP FARMS, L.L.C., et al.,[1] | ) Case No. 12-10410 |
| | ) (Jointly Administered) |
| Debtors. | ) |

**ORDER APPROVING FINAL FEE APPLICATION FOR PAYMENT OF FEES AND EXPENSES BY COUNSEL TO DEBTORS, VARNUM LLP**

This matter coming before the Court on the Final Application for Payment of Fees and Expenses by Varnum LLP ("Varnum") as attorneys for the Debtors (the "Final Application"); due and proper notice of the time for filing objections to the Final Application having been provided; the Court having reviewed the Final Application; the Court finding that a certificate of no objection has been filed stating that no objections have been filed in response to the Final Application; and the Court having determined that the relief requested in the Final Application should be granted;

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1. The request for allowance of fees and expenses in the Final Application is GRANTED in its entirety and Varnum's fees are allowed in the amount of $984,975.44 and reimbursable out-of-pocket expenses incurred are allowed in the amount of $55,029.81.

---

[1] The Debtors in these proceedings are as follows: Stamp Farms, L.L.C. (Case No. 12-10410), Stamp Farms Trucking, L.L.C. (Case No. 12-10411), Stamp Farms Custom AG, L.L.C. (Case No. 12-10416), and Royalstar Farms, L.L.C. (Case No. 12-10417). Capitalized terms used herein and not otherwise defined shall have the meanings set forth in the First Interim Application.

1

2

2. The Trustee is hereby authorized to pay Varnum a net amount of $869,294.25 in full and final satisfaction of amounts due Varnum on account of its approved Final Application.

Order Prepared By:

Robert D. Mollhagen (P27784)
Varnum LLP
P.O. Box 352 / 333 Bridge Street, N.W.
Grand Rapids, MI  49501-0352
(616) 336-6000
rdmollhagen@varnumlaw.com

2

6355537_1.DOCX