UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re*: | ) Chapter 7 |
| | ) Hon. Scott W. Dales |
| STAMP FARMS, L.L.C., et al.,[1] | ) Case No. 12-10410 |
| | ) (Jointly Administered) |
| Debtors. | ) |

**ORDER APPROVING FINAL FEE APPLICATION FOR PAYMENT OF FEES AND EXPENSES BY COUNSEL TO DEBTORS, VARNUM LLP**

This matter coming before the Court on the Final Application for Payment of Fees and Expenses by Varnum LLP ("Varnum") as attorneys for the Debtors [Doc. No. 956] (the "Final Application"); due and proper notice of the time for filing objections to the Final Application having been provided; the Court having reviewed the Final Application; the Court finding that a certificate of no objection has been filed stating that no objections have been filed in response to the Final Application; and the Court having determined that the relief requested in the Final Application should be granted;

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1. The request for allowance of fees and expenses in the Final Application is GRANTED in its entirety and Varnum's fees are allowed in the amount of $984,975.44 and reimbursable out-of-pocket expenses incurred are allowed in the amount of $55,029.81.

---

[1] The Debtors in these proceedings are as follows: Stamp Farms, L.L.C. (Case No. 12-10410), Stamp Farms Trucking, L.L.C. (Case No. 12-10411), Stamp Farms Custom AG, L.L.C. (Case No. 12-10416), and Royalstar Farms, L.L.C. (Case No. 12-10417). Capitalized terms used herein and not otherwise defined shall have the meanings set forth in the First Interim Application.

1

2.	The Trustee is hereby authorized to pay to Varnum all remaining unpaid amounts of the foregoing allowed fees and expenses in full and final satisfaction of amounts due Varnum on account of its approved Final Application.

3.	The granting of the approval for this Final Fee Application in no way limits, waives or precludes the Trustee's right to pursue claims against Varnum pursuant to the Bankruptcy Code or any other state or federal law.  The Trustee reserves all rights and claims that may be asserted against Varnum including, but not limited to, any right of setoff or recoupment.



**IT IS SO ORDERED.**

**Dated December 13, 2013**

_____
Scott W. Dales
United States Bankruptcy Judge