UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN (GRAND RAPIDS)

IN THE MATTER OF:

| | |
|---|---|
| Stamp Farms, LLC, et al., | Bankruptcy Case No. DK 12-10410 |
| | (Jointly Administered) |
| | Honorable Scott W. Dales |
| Debtors. | Chapter 7 |
| _____/ | |

**CERTIFICATE OF SERVICE**

      Kevin M. Smith hereby certifies that on  03/23/2015, he served a copy of this Certificate of Service by ECF to:

| | |
|---|---|
| Michelle M. Wilson | Michael McElwee |
| Office of the U.S. Trustee | Attorney for Debtor |
| | |
| Kelly M. Hagan | ALL ECF PARTICIPANTS |
| Chapter 7 Trustee | |

and further certifies that he served a copy of Order Granting Trustee's Motion for Approval of Settlement Agreement With Backroads Land Company, Thomas R. Tibble,  Chapter 7 Trustee of the Bankruptcy Estate of  Michael D. Stamp and Wells Fargo Bank, National Association Resolving Adversary Proceeding No.   14-80293-swd and this Certificate of Service by United States first-class mail to:

| | |
|---|---|
| Backroads Land Company | Thomas R. Tibble |
| 201 S. George Street | 2813 West Main Street |
| Decatur, MI 49045 | Kalamazoo, MI 49006 |
| | |
| Wells Fargo Bank, National Association | Wells Fargo Bank, National Association |
| 101 N. Phillips Avenue | John G. Stumpf, President & CEO |
| Sioux Falls, SD 57104 | 101 N. Phillips Avenue |
| | Sioux Falls, SD 57104 |

                                BEADLE SMITH, PLC

                                 /S/ Kevin M. Smith
                              By: Kevin M. Smith (P48976)
                              Attorneys for Trustee
                              445 South Livernois, Suite 305
                              Rochester Hills, MI 48307
                              (248) 650-6094, Ext. 15; (248) 650-6095 (fax)
                              Ksmith@bbssplc.com